UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG DOUGLAS ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITRUS HEIGHTS POLICE DEPT., et al.,<br><br>    Defendants. | No. 2:20–cv–1853–JAM–KJN PS<br><br>ORDER TO SHOW CAUSE |

On September 14, 2020, the court recommended denial of plaintiff's motion to proceed in forma pauperis, but also recommended plaintiff be allowed to pay the $400 filing fee in installments (noting plaintiff's substantial-but-limited income). (ECF No. 3.) The district court adopted the undersigned's recommendations in full. (ECF No. 4.) On this payment plan, plaintiff was to pay the filing fee in $50 installments, due the first of each month starting November 1, 2020. (Id.)

The court's records indicate that on November 17, 2020, plaintiff paid $200 toward the filing fee. This $200 would have satisfied plaintiff's installments for November, December, January, and February, thus making his next $50 payment due March 1, 2021. However, since the $200 payment, plaintiff has been incommunicado, and no installment payments have been received by the court.

///

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of this order, Plaintiff shall either:

   a. Satisfy his obligations under the payment plan (ECF No. 4); or

   b. Demonstrate good cause for an extension of time to pay the remainder of the filing fee, together with proposed due dates for the installments;

2. If plaintiff no longer wishes to pursue this case, he may file a notice of voluntary dismissal of the action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i); and

3. Failure to respond to this order to show cause by the required deadline will result in dismissal of the action.

Dated: March 19, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

alle.1853